## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| CORNELIUS BENNETT, ET AL. | * | |
| Plaintiffs | * | |
| VS. | * | NO. 3:04CV00291 SWW |
| NUCOR CORPORATION, ET AL. | * | |
| Defendants | * | |

## **ORDER**

Susan Donahue, an attorney from Birmingham, Alabama, seeks to appear before the Court, *pro hac vice*, as additional counsel for Plaintiffs. For good cause shown, the motion [docket entry #90] is GRANTED. Susan Donahue is hereby admitted to the bar of this Court for the purpose of appearing in this case.

IT IS SO ORDERED THIS 6th DAY OF APRIL, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE