```
      IN THE UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF ARKANSAS
               JONESBORO DIVISION
```

CORNELIUS BENNETT, ET AL

v.                          NO. 3:04CV00291 SWW

NUCOR CORPORATION, ET AL

### ORDER OF DISMISSAL

Upon plaintiffs' pleading filed as a voluntary dismissal with prejudice stating that separate plaintiff Stacy Warren died on October 31, 2005, and that Bobbie Warren, his mother and only heir-at-law, declines to pursue claims in this matter on behalf of her son's estate,

IT IS THEREFORE ORDERED that all of the claims on behalf of plaintiff Stacy Warren in the above-entitled action hereby are dismissed with prejudice, and each side is to be its own costs as agreed.

IT IS SO ORDERED this 25th day of May, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE