IN THE UNITED STATES DISTRICT COURT
FOR THE  EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CORNELIUS BENNETT, et al.,              )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )       CIVIL ACTION NO:
                                        )       3:04 CV 00291 SWW
                                        )       JURY DEMAND
                                        )
NUCOR CORPORATION, et al.,              )
                                        )
        Defendant.                      )

**PLAINTIFFS' EVIDENTIARY SUBMISSION IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs submit the following evidentiary submission in opposition to summary judgment and

incorporate herewith their class certification exhibits ##1-39, as well as Appendix A through C from

plaintiffs' class certification reply brief (Dkt. 89) and plaintiffs adopt pages 16-25 (section five) from their

reply brief which are already part of the record.

| | |
|---|---|
| 40. | Rodney Washington Second Declaration |
| 41. | Larry McBride Second Declaration |
| 42. | Sylvester Rogers Second Declaration |
| 43. | Ozzie Green Second Declaration |
| 44. | Clifton Lee Second Declaration |
| 45. | Cornelius Bennett Second Declaration |
| 46. | Danny Lee Second Declaration |
| 47. | Records of Tim Alexander |
| 48. | Records of Charles Ray Ault |
| 49. | Records of Jerry Barkley |
| 50. | Records of Eddy Barger |
| 51. | Records of Hughie Bond |
| 52. | Records of Steve Brannen |
| 53. | Records of Bruce Brown |

1

54.   Records of Charles Brooks
55.   Records of Rudi Cagle
56.   Records of Ronnie Cato
57.   Records of Jeff Daley
58.   Records of Robert Despain
59.   Records of Robin Dillon
60.   No Exhibit
61.   Records of Jerry Foley
62.   Records of Jeff Gallagher
63.   Records of Jim Gilmer
64.   Records of William Hennenfent
65.   Records of Delbert Hooker
66.   Records of James Hymas (see also exhibit #86)
67.   Records of Norman Jenkins
68.   Records of Gary Keiter
69.   Records of Bruce Luttrell
70.   Records of Jonathan Marshall
71.   Records of Greg Moss
72.   Records of Zach Moon
73.   Records of Trang Nguyen
74.   Records of Shawn O'Neal
75.   Records of Allen Rice
76.   Records of Brett Richardson
77.   No Exhibit
78.   Records of Tim Rudick
79.   Records of Jason Simmons
80.   Records of Michael Smith
81.   Records of Gary Steward
82.   Records of Jeffrey Stobaugh
83.   Records of Adam Thomas
84.   Records of Mark Warren
85.   Records of Kelly Wilson
86.   Discipline records of James Hymas
87.   Discipline records of Earl Draughn
88.   Discipline records of Roger Jefferson
89.   Discipline records of Tracy Kelly
90.   Discipline records of Scott Lindsey
91.   Discipline records of Erick Rouse
92.   Discipline records of Robert Sharp
93.   Discipline records of William Vasser
94.   Discipline records of Lester Mann

95.     Discipline records of Brett Richardson
96.     Discipline records of James Brandenburg
97.     Discipline records of Matthew Estes
98.     Discipline records of Robert Rayburn
99.     Discipline Records of Gary Steward
100.    Discipline records of Jerry Foley
101.    Discipline records of Rudi Cagle
102.    Discipline records of Bruce Luttrell
103.    Discipline records of Johnnie Hawkins
104.    Discipline records of Don-Andre Blansett
105.    Discipline records of Brian "Chris" Brizendine
106.    Discipline records of Larry Perrin
107.    Discipline Records of  Joseph Allen Wood
108.    Discipline Records of Frederick Linder
109.    Discipline Records of Brian Stahl
110.    Discipline Records of Wencel Beggs
111.    No Exhibit
112.    Discipline Records of Rudi Cagle
113.    Discipline Records of Bruce Luttrell
114.    Discipline Records  of Howard Kelly
115.    Discipline Records of Mikle Crawford
116.    Discipline Records of Johnnie Hawkins
117.    Discipline Records of Paul Williamson
118.    Discipline Records of Glenn French
119.    No Exhibit
120.    No Exhibit
121.    No Exhibit
122.    Change of Status Forms of Todd McKellup
123.    Change of Status Forms of Charles Ray Ault
124.    Change of Status Forms of Phillip White
125.    Change of Status Forms of Denny Elliott
126.    No Exhibit
127.    Change of Status Forms of Cameron Strawn
128.    Change of Status Forms of Gary Steward
129.    Change of Status Forms of Charles Banks
130.    Change of Status Forms of Chris Gee
131.    Change of Status Forms of Kevin Austin
132.    Change of Status Forms of Keith Neal
133.    Change of Status Forms of Darren Hawkins
134.    Change of Status Forms of Paul Towery
135.    Change of Status Forms of William Vasser

136. Change of Status Forms of Cameron Strawn
137. Change of Status Forms of Wade Hunt
138. Change of Status Forms of Mitch Craig
139. Change of Status Forms of Tracy Kelly
140. Change of Status Forms of James Morris
141. Change of Status Forms of James Hymas
142. Change of Status Forms of Steve Edgar
143. Change of Status Forms of Alan Buchanan
144. Change of Status Forms of Ricky Brothers
145. Change of Status Forms of Erick Rouse
146. No Exhibit
147. Change of Status Forms of Lester Mann
148. No Exhibit
149. Change of Status Forms of Stephen Murphy
150. Change of Status Forms of Mark Hawkins
151. Change of Status Forms of Charles Banks
152. Change of Status Forms of Rickey Brothers
153. Change of Status Forms of Stephen Murphy
154. Change of Status Forms of Chris Gee
155. Change of Status Forms of Mike Gentry
156. Change of Status Forms of Jeffrey Stobaugh
157. Change of Status Forms of J. C. Carter
158. Change of Status Forms of Scotty Smothers
159. Change of Status Forms of Roger Jefferson
160. Change of Status Forms of Stephen Murphy
161. Change of Status Forms of Roger Jefferson
162. Nucor's EEO-1 Reports of the Racial Distribution of Employees at the Blytheville Plant
163. List of Nucor's Crew and Crew Members in Roll Mill Department by Name, Race, Job and Crew
164. List of Employees Given Training for Mill Area Jobs
165. EEOC Charge of Sheldon Singletary's Charge in February 2002
166. EEOC Charge of Ramon Roane's Charge  in March 2002.
167. Written request to continue the investigation of such EEOC Charges dated October 4, 2002 listing employees from the Blytheville plant, such as Clifton Lee, Larry McBride, Ozzie Green and Sylvester Rogers, as part of such Charges and scope of the investigation.
168. October 24, 2002 EEOC formal notice of intent to continue the investigation of EEOC Charges in light of October 4, 2002 request such allegation and request
169. Nucor's standard application form for promotions, known as a "Job Bib Form", showing questions asks only for written disciplines "in the past 12 months"
170. Nucor's "Notice of Warning" form showing has three standard forms of progressive discipline listed on it:  "verbal warning", "written warning" and "suspension"

4

171. "Notice of Counseling" forms showing non-disciplinary positive evaluations, commendations, congratulations and/or non-disciplinary constructive criticism or counseling
172. Nucor policy on promoting from within before hiring non-employee applicants (¶1 and ¶12 of Nucor Hiring, Promotion and Transfer Policy)
173. Discipline records of Bruce Brown
174. Clifton Lee's EEOC charge April 8, 2003
175. Clifton Lee's Right-to-Sue Letter April 28, 2004.
176. Clifton Lee's Change in Status form transferring him to NYS
177. Cornelius Bennett's EEOC charge May 13, 2003.
178. Cornelius Bennett's Right-to-Sue letter September 8, 2003.
179. No Exhibit
180. Extracts from Clifton Lee's Deposition
181. Extracts from Cornelius Bennett's Deposition
182. Disciplinary records of Steve Brannen
183. Glenn Ellis' deposition extracts
184. Don Burns' deposition extracts
185. Mike Dugan's deposition extracts
186. Disciplinary records of Ted Gibson
187. Jonathan Marshall disciplinary records
188. List of persons promoted with discipline in prior 12 months
189. Wood's and Walker's discipline for fighting
190. Dr. Bradley's Supplemental Report
191. Declaration of Sylvester Rogers in *Rogers vs. Nucor, et al.*, Eastern District of Arkansas, 05-0933 (GH)
192. Court Order regarding summary judgment in *Rogers vs. Nucor, et al.*, Eastern District of Arkansas, 05-0933 (GH)
193. Plaintiffs' deposition extracts
194. Danny Lee's e-mails and pictures
195. Charles Ault's additional records
196. Bob Cash's records
197. Todd Gibson's records
198. Blaine Duncan's records
199. Vernon J. Schremmer's records
200. Michael R. Thomas' records

Respectfully submitted this 31st day of October, 2006.

/s/Robert L. Wiggins, Jr.
Robert L. Wiggins, Jr., ABS-1754-G-63R
Ann K. Wiggins, ABS-7006-I-61A
Benjamin J. De Gweck, ABS-8943-B-46-D
Susan Donahue ASB-4525-A-48-D
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500
205-254-1500 (Facsimile)


Philip E. Kaplan, AR Bar No. 68026
Kaplan, Brewer, Maxey & Haralson, P.A.
415 Main Street
Little Rock, Arkansas 72201
(501) 372-0400
(501) 376-3612 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard D. Alaniz
Cary A. Farris
Terry E. Schraeder
Micah Heilbrun
ALANIZ & SCHRAEDER, LLP
2500 City West Blvd., Suite 1000
Houston, Texas 77042

D. P. Marshall, Jr.
BARRETT & DEACON
P. O. Box 1700
Jonesboro, AR 72403

/s/Robert L. Wiggins, Jr.
Of Counsel

7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CORNELIUS BENNETT, et al.,            )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )        CIVIL ACTION NO:
                                      )        3:04 CV 00291 SWW
                                      )        JURY DEMAND
                                      )
NUCOR CORPORATION, et al.,            )
                                      )
        Defendant.                    )

**PLAINTIFFS' EVIDENTIARY SUBMISSION IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs submit the following evidentiary submission in opposition to summary judgment and incorporate herewith their class certification exhibits ##1-39, as well as Appendix A through C from plaintiffs' class certification reply brief (Dkt. 89) and plaintiffs adopt pages 16-25 (section five) from their reply brief which are already part of the record.

40.     Rodney Washington Second Declaration
41.     Larry McBride Second Declaration
42.     Sylvester Rogers Second Declaration
43.     Ozzie Green Second Declaration
44.     Clifton Lee Second Declaration
45.     Cornelius Bennett Second Declaration
46.     Danny Lee Second Declaration
47.     Records of Tim Alexander
48.     Records of Charles Ray Ault
49.     Records of Jerry Barkley
50.     Records of Eddy Barger
51.     Records of Hughie Bond
52.     Records of Steve Brannen
53.     Records of Bruce Brown

1

54.   Records of Charles Brooks
55.   Records of Rudi Cagle
56.   Records of Ronnie Cato
57.   Records of Jeff Daley
58.   Records of Robert Despain
59.   Records of Robin Dillon
60.   No Exhibit
61.   Records of Jerry Foley
62.   Records of Jeff Gallagher
63.   Records of Jim Gilmer
64.   Records of William Hennenfent
65.   Records of Delbert Hooker
66.   Records of James Hymas (see also exhibit #86)
67.   Records of Norman Jenkins
68.   Records of Gary Keiter
69.   Records of Bruce Luttrell
70.   Records of Jonathan Marshall
71.   Records of Greg Moss
72.   Records of Zach Moon
73.   Records of Trang Nguyen
74.   Records of Shawn O'Neal
75.   Records of Allen Rice
76.   Records of Brett Richardson
77.   No Exhibit
78.   Records of Tim Rudick
79.   Records of Jason Simmons
80.   Records of Michael Smith
81.   Records of Gary Steward
82.   Records of Jeffrey Stobaugh
83.   Records of Adam Thomas
84.   Records of Mark Warren
85.   Records of Kelly Wilson
86.   Discipline records of James Hymas
87.   Discipline records of Earl Draughn
88.   Discipline records of Roger Jefferson
89.   Discipline records of Tracy Kelly
90.   Discipline records of Scott Lindsey
91.   Discipline records of Erick Rouse
92.   Discipline records of Robert Sharp
93.   Discipline records of William Vasser
94.   Discipline records of Lester Mann

95.   Discipline records of Brett Richardson
96.   Discipline records of James Brandenburg
97.   Discipline records of Matthew Estes
98.   Discipline records of Robert Rayburn
99.   Discipline Records of Gary Steward
100.  Discipline records of Jerry Foley
101.  Discipline records of Rudi Cagle
102.  Discipline records of Bruce Luttrell
103.  Discipline records of Johnnie Hawkins
104.  Discipline records of Don-Andre Blansett
105.  Discipline records of Brian "Chris" Brizendine
106.  Discipline records of Larry Perrin
107.  Discipline Records of  Joseph Allen Wood
108.  Discipline Records of Frederick Linder
109.  Discipline Records of Brian Stahl
110.  Discipline Records of Wencel Beggs
111.  No Exhibit
112.  Discipline Records of Rudi Cagle
113.  Discipline Records of Bruce Luttrell
114.  Discipline Records  of Howard Kelly
115.  Discipline Records of Mikle Crawford
116.  Discipline Records of Johnnie Hawkins
117.  Discipline Records of Paul Williamson
118.  Discipline Records of Glenn French
119.  No Exhibit
120.  No Exhibit
121.  No Exhibit
122.  Change of Status Forms of Todd McKellup
123.  Change of Status Forms of Charles Ray Ault
124.  Change of Status Forms of Phillip White
125.  Change of Status Forms of Denny Elliott
126.  No Exhibit
127.  Change of Status Forms of Cameron Strawn
128.  Change of Status Forms of Gary Steward
129.  Change of Status Forms of Charles Banks
130.  Change of Status Forms of Chris Gee
131.  Change of Status Forms of Kevin Austin
132.  Change of Status Forms of Keith Neal
133.  Change of Status Forms of Darren Hawkins
134.  Change of Status Forms of Paul Towery
135.  Change of Status Forms of William Vasser

136.    Change of Status Forms of Cameron Strawn
137.    Change of Status Forms of Wade Hunt
138.    Change of Status Forms of Mitch Craig
139.    Change of Status Forms of Tracy Kelly
140.    Change of Status Forms of James Morris
141.    Change of Status Forms of James Hymas
142.    Change of Status Forms of Steve Edgar
143.    Change of Status Forms of Alan Buchanan
144.    Change of Status Forms of Ricky Brothers
145.    Change of Status Forms of Erick Rouse
146.    No Exhibit
147.    Change of Status Forms of Lester Mann
148.    No Exhibit
149.    Change of Status Forms of Stephen Murphy
150.    Change of Status Forms of Mark Hawkins
151.    Change of Status Forms of Charles Banks
152.    Change of Status Forms of Rickey Brothers
153.    Change of Status Forms of Stephen Murphy
154.    Change of Status Forms of Chris Gee
155.    Change of Status Forms of Mike Gentry
156.    Change of Status Forms of Jeffrey Stobaugh
157.    Change of Status Forms of J. C. Carter
158.    Change of Status Forms of Scotty Smothers
159.    Change of Status Forms of Roger Jefferson
160.    Change of Status Forms of Stephen Murphy
161.    Change of Status Forms of Roger Jefferson
162.    Nucor's EEO-1 Reports of the Racial Distribution of Employees at the Blytheville Plant
163.    List of Nucor's Crew and Crew Members in Roll Mill Department by Name, Race, Job and Crew
164.    List of Employees Given Training for Mill Area Jobs
165.    EEOC Charge of Sheldon Singletary's Charge in February 2002
166.    EEOC Charge of Ramon Roane's Charge in March 2002.
167.    Written request to continue the investigation of such EEOC Charges dated October 4, 2002 listing employees from the Blytheville plant, such as Clifton Lee, Larry McBride, Ozzie Green and Sylvester Rogers, as part of such Charges and scope of the investigation.
168.    October 24, 2002 EEOC formal notice of intent to continue the investigation of EEOC Charges in light of October 4, 2002 request such allegation and request
169.    Nucor's standard application form for promotions, known as a "Job Bib Form", showing questions asks only for written disciplines "in the past 12 months"
170.    Nucor's "Notice of Warning" form showing has three standard forms of progressive discipline listed on it: "verbal warning", "written warning" and "suspension"

4

171.  "Notice of Counseling" forms showing non-disciplinary positive evaluations, commendations, congratulations and/or non-disciplinary constructive criticism or counseling

172.  Nucor policy on promoting from within before hiring non-employee applicants (¶1 and ¶12 of Nucor Hiring, Promotion and Transfer Policy)

173.  Discipline records of Bruce Brown

174.  Clifton Lee's EEOC charge April 8, 2003

175.  Clifton Lee's Right-to-Sue Letter April 28, 2004.

176.  Clifton Lee's Change in Status form transferring him to NYS

177.  Cornelius Bennett's EEOC charge May 13, 2003.

178.  Cornelius Bennett's Right-to-Sue letter September 8, 2003.

179.  No Exhibit

180.  Extracts from Clifton Lee's Deposition

181.  Extracts from Cornelius Bennett's Deposition

182.  Disciplinary records of Steve Brannen

183.  Glenn Ellis' deposition extracts

184.  Don Burns' deposition extracts

185.  Mike Dugan's deposition extracts

186.  Disciplinary records of Ted Gibson

187.  Jonathan Marshall disciplinary records

188.  List of persons promoted with discipline in prior 12 months

189.  Wood's and Walker's discipline for fighting

190.  Dr. Bradley's Supplemental Report

191.  Declaration of Sylvester Rogers in *Rogers vs. Nucor, et al.*, Eastern District of Arkansas, 05-0933 (GH)

192.  Court Order regarding summary judgment in *Rogers vs. Nucor, et al.*, Eastern District of Arkansas, 05-0933 (GH)

193.  Plaintiffs' deposition extracts

194.  Danny Lee's e-mails and pictures

195.  Charles Ault's additional records

196.  Bob Cash's records

197.  Todd Gibson's records

198.  Blaine Duncan's records

199.  Vernon J. Schremmer's records

200.  Michael R. Thomas' records

Respectfully submitted this 31st day of October, 2006.

/s/Robert L. Wiggins, Jr.
Robert L. Wiggins, Jr., ABS-1754-G-63R
Ann K. Wiggins, ABS-7006-I-61A
Benjamin J. De Gweck, ABS-8943-B-46-D
Susan Donahue ASB-4525-A-48-D
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500
205-254-1500 (Facsimile)


Philip E. Kaplan, AR Bar No. 68026
Kaplan, Brewer, Maxey & Haralson, P.A.
415 Main Street
Little Rock, Arkansas 72201
(501) 372-0400
(501) 376-3612 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard D. Alaniz
Cary A. Farris
Terry E. Schraeder
Micah Heilbrun
ALANIZ & SCHRAEDER, LLP
2500 City West Blvd., Suite 1000
Houston, Texas 77042

D. P. Marshall, Jr.
BARRETT & DEACON
P. O. Box 1700
Jonesboro, AR 72403

/s/Robert L. Wiggins, Jr.
Of Counsel