**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CORNELIUS BENNETT, ET AL.

              Plaintiffs

VS.

                                   NO. 3:04CV00291 SWW

NUCOR CORPORATION, ET AL.

              Defendants

\*
\*
\*
\*
\*
\*
\*

## <u>ORDER</u>

Six plaintiffs bring this employment discrimination case against Nucor Corporation, Nucor-Yamato Steel Company, and Nucor Steel-Arkansas. The parties have filed a "joint stipulation of voluntary dismissal with prejudice" (docket entry #162) stating that no claims remain against Separate Defendant Nucor Steel-Arkansas and requesting that all claims against this separate defendant be dismissed with prejudice.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Separate Defendant Nucor Steel-Arkansas are DISMISSED WITH PREJUDICE, and Separate Defendant Nucor Steel-Arkansas is dismissed as a party to this action.

IT IS SO ORDERED THIS 13TH DAY OF APRIL, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE