**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CORNELIUS BENNETT, ET AL.

|                          |   |                        |
|--------------------------|---|------------------------|
|                          | * |                        |
| Plaintiffs               | * |                        |
| VS.                      | * |                        |
|                          | * | NO.  3:04CV00291 SWW   |
| NUCOR CORPORATION and    | * |                        |
| NUCOR-YAMATO STEEL       | * |                        |
| COMPANY                  | * |                        |
|                          |   |                        |
| Defendants               |   |                        |

**ORDER**

        Before the Court is a motion requesting permission for Ofelia Mishell Parreno to

withdraw as counsel of record in this case.  The motion (docket entry #187) is GRANTED.  The

Clerk is directed to remove Ofelia Mishell Parreno as counsel of record for Defendants in this

case.  Additionally, the Clerk is directed to make the necessary docket entry to show that, by

order entered April 7, 2008, the Court denied as moot Defendants' motion to strike Plaintiffs'

third declarations (docket entry #188).[1]

        IT IS SO ORDERED THIS 8TH  DAY OF APRIL, 2008.


                              /s/Susan Webber Wright

                              UNITED STATES DISTRICT JUDGE

_____

        [1]In the order denying the motion as moot, the Court referenced docket entry #183,
Defendants' original motion to strike, and inadvertently failed to reference docket entry #188,
Defendants' corrected motion to strike.  As a result, the corrected motion appears on the docket
as pending.