IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 29 2009

JAMES W. McCORMACK, CLERK
By: C Norwood
　　　　　　　　　　DEP CLERK

| | | |
|---|---|---|
| CORNELIUS BENNETT, SYLVESTER ROGERS, RODNEY WASHINGTON, CLIFTON LEE, SR., OZZIE GREEN and LARRY MCBRIDE, | * * * * * * | |
| Plaintiffs | * * | |
| VS. | * * | NO. 3:04CV00291 SWW |
| NUCOR CORPORATION and NUCOR-YAMATO STEEL COMPANY, L.P., | * * * * | |
| Defendants | * | |

### VERDICT FORM

**Cornelius Bennett**

NOTE: Complete the following paragraphs by writing in the name required by your verdict.

1. On Plaintiff Cornelius Bennett's hostile work environment claim based on coworker harassment as submitted in Court's Instructions 4 and 5, we the jury find in favor of:

_Cornelius Bennett_ OR _____
(Plaintiff Cornelius Bennett)　　　　(Defendants Nucor Corporation and Nucor-Yamato Steel Company, L.P.)

2. On Plaintiff Cornelius Bennett's hostile work environment claim based on supervisor harassment as submitted in Court's Instructions 4 and 6, we the jury find in favor of:

_Cornelius Bennett_ OR _____
(Plaintiff Cornelius Bennett)　　　　(Defendants Nucor Corporation and Nucor-Yamato Steel Company, L.P.)

NOTE: Complete paragraphs 3 and 4 only if at least one of the findings above is for Plaintiff Bennett. If you did not find in favor of Plaintiff Bennett on at least one claim, have your foreperson sign and date this verdict form because you are finished with your deliberations on this claim.

3. We, the jury, find Plaintiff Bennett's damages, as defined in Instruction No. 12, to be:

$100,000.— _____ (stating the amount or, if you find that Plaintiff's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00))

4. We, the jury, assess punitive damages against Defendants as submitted in Instruction No. 14, as follows:

$100,000.— _____ (stating the amount or, if none, write the word "none").


_Carol Caldwell_ _____  _10-29-09_ _____
Foreperson                    Date

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| CORNELIUS BENNETT, SYLVESTER ROGERS, RODNEY WASHINGTON, CLIFTON LEE, SR., OZZIE GREEN and LARRY MCBRIDE, | * * * * * * | |
| Plaintiffs | * * | |
| VS. | * * | NO. 3:04CV00291 SWW |
| NUCOR CORPORATION and NUCOR-YAMATO STEEL COMPANY, L.P., | * * * * | |
| Defendants | * | |

**VERDICT FORM**

**Sylvester Rogers**

NOTE: Complete the following paragraphs by writing in the name required by your verdict.

1. On Plaintiff Sylvester Rogers' hostile work environment claim based on coworker harassment as submitted in Court's Instructions 4 and 5, we the jury find in favor of:

_Sylvester Rogers_     OR     _____
(Plaintiff Sylvester Rogers)          (Defendants Nucor Corporation and Nucor-
                                       Yamato Steel Company, L.P.)

2. On Plaintiff Sylvester Rogers' hostile work environment claim based on supervisor harassment as submitted in Court's Instructions 4 and 6, we the jury find in favor of:

_Sylvester Rogers_     OR     _____
(Plaintiff Sylvester Rogers)          (Defendants Nucor Corporation and Nucor-
                                       Yamato Steel Company, L.P.)

NOTE: Complete paragraphs 3 and 4 only if at least one of the findings above is for Plaintiff Sylvester Rogers. If you did not find in favor of Plaintiff Rogers on at least one claim, have your foreperson sign and date this verdict form because you have completed your deliberations on this claim.

3. We, the jury, find Plaintiff Rogers' damages, as defined in Instruction No. 12, to be:

$100,000.— _____ (stating the amount or, if you find that Plaintiff's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00))

4. We, the jury, assess punitive damages against Defendants as submitted in Instruction No. 14, as follows:

$100,000.— _____ (stating the amount or, if none, write the word "none").


_Carol Caldwell_ _____    _10-29-09_ _____
Foreperson                    Date

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| CORNELIUS BENNETT, SYLVESTER ROGERS, RODNEY WASHINGTON, CLIFTON LEE, SR., OZZIE GREEN and LARRY MCBRIDE, | * * * * * * | |
| Plaintiffs | * * | |
| VS. | * * | NO. 3:04CV00291 SWW |
| NUCOR CORPORATION and NUCOR-YAMATO STEEL COMPANY, L.P., | * * * * | |
| Defendants | | |

## VERDICT FORM

### Rodney Washington

NOTE: Complete the following paragraphs by writing in the name required by your verdict.

1. On Plaintiff Rodney Washington's hostile work environment claim based on coworker harassment as submitted in Court's Instructions 4 and 5, we the jury find in favor of:

_Rodney Washington_     OR     _____
(Plaintiff Rodney Washington)          (Defendants Nucor Corporation and
                                                              Nucor-Yamato Steel Company, L.P.)

2. On Plaintiff's hostile work environment claim based on supervisor harassment as submitted in Court's Instructions 4 and 6, we the jury find in favor of:

_Rodney Washington_     OR     _____
(Plaintiff Rodney Washington)          (Defendants Nucor Corporation and Nucor-
                                                              Yamato Steel Company, L.P.)

NOTE: Complete paragraphs 3 and 4 only if at least one of the findings above is for Plaintiff Rodney Washington. If you did not find in favor of Plaintiff Washington on at least one claim, have your foreperson sign and date this verdict form because you have completed your deliberations on this claim.

3. We, the jury, find Plaintiff Washington's damages, as defined in Instruction No. 12, to be:

$ 100,000,—         (stating the amount or, if you find that Plaintiff's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00))

4. We, the jury, assess punitive damages against Defendants as submitted in Instruction No. 14, as follows:

$ 100,000,—         (stating the amount or, if none, write the word "none").


_Carol Caldwell_          _10-29-09_
Foreperson                Date

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CORNELIUS BENNETT, \*
SYLVESTER ROGERS, RODNEY \*
WASHINGTON, CLIFTON LEE, SR., \*
OZZIE GREEN and LARRY \*
MCBRIDE, \*
\*
    Plaintiffs    \*    NO. 3:04CV00291 SWW
\*
VS. \*
\*
NUCOR CORPORATION and \*
NUCOR-YAMATO STEEL \*
COMPANY, L.P., \*
\*
    Defendants

## VERDICT FORM

### I. Clifton Lee, Sr. - Hostile Environment

NOTE: Complete the following paragraphs by writing in the name required by your verdict.

1. On Plaintiff Clifton Lee, Sr.'s hostile work environment claim based on coworker harassment as submitted in Court's Instructions 4 and 5, we the jury find in favor of:

_Clifton Lee, Sr._   OR   _____
(Plaintiff Clifton Lee, Sr.)      (Defendants Nucor Corporation and
              Nucor-Yamato Steel Company, L.P.)

2. On Plaintiff Clifton Lee, Sr.'s hostile work environment claim based on supervisor harassment as submitted in Court's Instructions 4 and 6, we the jury find in favor of:

_Clifton Lee, Sr._   OR   _____
(Plaintiff Clifton Lee, Sr.)      (Defendants Nucor Corporation and Nucor-
              Yamato Steel Company, L.P.)

NOTE: Complete paragraphs 3 and 4 only if at least one of the findings above is for Plaintiff Clifton Lee, Sr. If you did not find in favor of Plaintiff Lee on at least one claim, have your foreperson sign and date this form, and proceed to Section II, because you have completed your deliberations on this claim.

3. We, the jury, find Plaintiff Lee's damages, as defined in Instruction No. 12, to be:

$100,000.— _____ (stating the amount or, if you find that Plaintiff's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00))

4. We, the jury, assess punitive damages against Defendants as submitted in Instruction No. 14, as follows:

$100,000.— _____ (stating the amount or, if none, write the word "none").


_Carol Caldwell_ _____  _10-29-09_ _____
Foreperson                         Date


## II. Clifton Lee, Sr. - Retaliation

NOTE: Complete the following paragraphs by writing in the name required by your verdict.

1. On the retaliation claim of Plaintiff Clifton Lee, Sr., as submitted in Instruction No. 10, we find in favor of:

_____  OR  _Nucor Corporation & Nucor Yamato Steel Company, L.P._
(Plaintiff Clifton Lee, Sr.)      (Defendants Nucor Corporation and Nucor Yamato Steel Company, L.P.)

NOTE: Answer the next question only if the above finding is in favor of Plaintiff Clifton Lee, Sr. If the above finding is in favor of Defendants, have your foreperson sign and date this form because you have completed your deliberations on this claim.

2. Has it been proved that Defendants would have transferred Plaintiff Lee from NYS II to NYS I regardless of his complaining of racial harassment?

____X____ Yes   _____ No
(Mark an "X" in the appropriate space)

NOTE: Complete the following paragraphs only if your answer to the preceding question is "no." If you answered "yes" to the preceding question, have your foreperson sign and date this form because you have completed your deliberations on this claim.

3. We the jury find Plaintiff Clifton Lee, Sr.'s lost wages through his last day of work on November 7, 2005 to be:

$_____(stating the amount or, if none, write the word "none").

4. We the jury find Plaintiff Clifton Lee, Sr.'s other damages, excluding lost wages to be:

$_____(stating the amount or, if you find that Plaintiff Lee's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00).

_Carol Caldwell_     _10-29-09_
Foreperson           Date

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CORNELIUS BENNETT,     *
SYLVESTER ROGERS, RODNEY     *
WASHINGTON, CLIFTON LEE, SR.,     *
OZZIE GREEN and LARRY     *
MCBRIDE,     *
    *
           Plaintiffs     *
    *
VS.     *     NO. 3:04CV00291 SWW
    *
NUCOR CORPORATION and     *
NUCOR-YAMATO STEEL     *
COMPANY, L.P.,     *
    *
           Defendants     *

## VERDICT FORM

### Ozzie Green

NOTE: Complete the following paragraphs by writing in the name required by your verdict.

1. On Plaintiff Ozzie Green's hostile work environment claim based on coworker harassment as submitted in Court's Instructions 4 and 5, we the jury find in favor of:

_Ozzie Green_     OR     _____
(Plaintiff Ozzie Green)              (Defendants Nucor Corporation and
                                                              Nucor-Yamato Steel Company, L.P.)

2. On Plaintiff's Ozzie Green's hostile work environment claim based on supervisor harassment as submitted in Court's Instructions 4 and 6, we the jury find in favor of:

_Ozzie Green_     OR     _____
(Plaintiff Ozzie Green)              (Defendants Nucor Corporation and Nucor-
                                                              Yamato Steel Company, L.P.)

NOTE: Complete paragraphs 3 and 4 only if at least one of the findings above is for Plaintiff Ozzie Green. If you did not find in favor of Plaintiff Green on at least one claim, have your foreperson sign and date this verdict form because you have completed your deliberations on this claim.

3. We, the jury, find Plaintiff Green's damages, as defined in Instruction No. 12, to be:

$ 100,000.— _____ (stating the amount or, if you find that Plaintiff's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00))

4. We, the jury, assess punitive damages against Defendants as submitted in Instruction No. 14, as follows:

$ 100,000.— _____ (stating the amount or, if none, write the word "none").


_Carol Caldwell_       _10-29-09_
Foreperson               Date

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| CORNELIUS BENNETT, SYLVESTER ROGERS, RODNEY WASHINGTON, CLIFTON LEE, SR., OZZIE GREEN and LARRY MCBRIDE, | * * * * * * | |
| Plaintiffs | * * | |
| VS. | * * | NO. 3:04CV00291 SWW |
| NUCOR CORPORATION and NUCOR-YAMATO STEEL COMPANY, L.P., | * * * * | |
| Defendants | * | |

## VERDICT FORM

### Larry McBride

NOTE: Complete the following paragraphs by writing in the name required by your verdict.

1. On Plaintiff Larry McBride's hostile work environment claim based on coworker harassment as submitted in Court's Instructions 4 and 5, we the jury find in favor of:

*Larry McBride*          OR          _____
(Plaintiff Larry McBride)                         (Defendants Nucor Corporation and
                                                                Nucor-Yamato Steel Company, L.P.)

2. On Plaintiff's Larry McBride's hostile work environment claim based on supervisor harassment as submitted in Court's Instructions 4 and 6, we the jury find in favor of:

*Larry McBride*          OR          _____
(Plaintiff Larry McBride)                         (Defendants Nucor Corporation and Nucor-
                                                                Yamato Steel Company, L.P.)

NOTE: Complete paragraphs 3 and 4 only if at least one of the findings above is for Plaintiff Larry McBride. If you did not find in favor of Plaintiff McBride on at least one claim, have your foreperson sign and date this verdict form because you have completed your deliberations on this claim.

3. We, the jury, find Plaintiff McBride's damages, as defined in Instruction No. 12, to be:

$ 100,000.— (stating the amount or, if you find that Plaintiff's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00))

4. We, the jury, assess punitive damages against Defendants as submitted in Instruction No. 14, as follows:

$ 100,000.— (stating the amount or, if none, write the word "none").


_Carol Caldwell_     _10-29-09_
Foreperson            Date