**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CORNELIUS BENNETT, ET AL

vs.                                   NO. 3:04CV00291 SWW

NUCOR CORPORATION, ET AL

<u>JUDGMENT ON JURY VERDICT</u>

This action came on for trial on October 19, 2009, before a jury, the Honorable Susan Webber Wright, United States District Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict by answering Interrogatories #1, #2, #3 and #4 on hostile work environment based on coworker harassment and hostile work environment based on supervisor harassment as to each plaintiff and Interrogatories #1 and #2 on the claim of retaliation as to plaintiff, Clifton Lee, Sr., on October 29, 2009; now therefore, pursuant to those answers,

IT IS ORDERED AND ADJUDGED that plaintiff, Clifton Lee, Sr., has not proved the elements of his claim of retaliation against defendants, Nucor Corporation and Nucor Yamato Steel Company, L.P., pursuant to Interrogatories #1 and #2 and that claim hereby is DISMISSED.

IT IS FURTHER ORDERED AND ADJUDGED that plaintiffs Cornelius Bennett, Sylvester Rogers, Rodney Washington, Clifton Lee, Sr., Ozzie Green and Larry McBride have proved the elements of their claims of hostile work environment based on coworker harassment and hostile work environment based on supervisor harassment against defendants Nucor Corporation and Nucor Yamato Steel Company, L.P., pursuant to the answers to Interrogatories #1, #2, #3 and #4 as to each plaintiff, and plaintiffs, Cornelius Bennett, Sylvester Rogers, Rodney Washington, Clifton Lee, Sr., Ozzie Green and Larry McBride are each awarded compensatory damages in the amount of $100,000, pursuant to Interrogatory #3. Pursuant to Interrogatories #4 as to each plaintiff, $100,000 punitive damages will be awarded plaintiffs Cornelius Bennett, Sylvester Rogers, Rodney

Washington, Clifton Lee, Sr., Ozzie Green and Larry McBride.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that each plaintiff, Cornelius Bennett, Sylvester Rogers, Rodney Washington, Clifton Lee, Sr., Ozzie Green and Larry McBride, have and recover of and from the defendants, Nucor Corporation and Nucor Yamato Steel Company, L.P., the sum of $100,000 for compensatory damages, and $100,000 for punitive damages for a total of $1,200,000 together with interest from this date until paid at the rate of 0.39% per annum as provided by law, and their costs.

DATED this 4th day of November 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE