**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CORNELIUS BENNETT, ET AL.        *
      Plaintiffs        *
VS.        *
                               *        NO. 3:04CV00291 SWW
NUCOR CORPORATION and        *
NUCOR-YAMATO STEEL        *
COMPANY        *

      Defendants

## ORDER

The parties filed motions for attorneys' fees on December 2, 2011, and the Court extended the deadline for responses up to and including January 9, 2012. Now before the Court is Defendants' unopposed motion to stay all proceedings with respect to the pending motions for attorneys' fees (docket entry #320). Defendants report that the parties will file petitions for writ of certiorari with the Supreme Court. Defendants assert, and the Court agrees, that it would be premature and inefficient for the parties and Court to address attorney fee matters prior to resolution of said petitions.

IT IS THEREFORE ORDERED that Defendants' unopposed motion (docket entry #320) is GRANTED. Attorney fee proceedings, including the deadline for responses, are stayed until thirty (30) days after the parties' petitions have been resolved. The parties are directed to file notice within five (5) days after disposition of the petitions.

IT IS SO ORDERED THIS 29TH DAY OF DECEMBER 2011.

                                            /s/Susan Webber Wright
                                            UNITED STATES DISTRICT JUDGE